**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

Lamont B. Simmons,
Melissa R. Simmons

                          Plaintiffs,

            - against -

Roundup Funding, LLC,
Malen & Associates, P.C.

                         Defendants.

-----------------------------------------------------------x

08-CV-6263 (SCR)

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Paul Mahler, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

                        LINH K. TRAN
                     Roundup Funding, LLC
                      2101 Fourth Ave
                      Seattle, WA 98121
                  Phone: (206) 239-1989
                    Fax: (206) 239-1958

LINH K. TRAN is a member in good standing of the Bar of the states of Washington and California.

There are no pending disciplinary proceedings against LINH K. TRAN in any State or Federal Court.

Dated this __10th__ day of September, 2008

In the city of Westbury, New York

              Respectfully Submitted,

              Paul Mahler (PM4186)
              Bar No. 510854
              Malen & Associates, P.C.
              123 Frost Street
              Westbury, NY 11590
              (516) 479-5951

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

Lamont B. Simmons,
Melissa R. Simmons

                                  Plaintiffs,

              - against -

Roundup Funding, LLC,
Malen & Associates, P.C.

                                Defendants.
-------------------------------------------------------x

08-CV-6263

**AFFIDAVIT OF PAUL MAHLER
IN SUPOPRT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

State of New York    )
                          )   ss:
County of Nassau  )

I, Paul Mahler, being duly sworn, hereby deposes and says as follows:

1.    I am an associate at Malen & Associates, P.C., counsel for Defendant Malen & Associates, p.c. in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Linh K. Tran as counsel pro hac vice to represent Defendant in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January, 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Linh Tran since October, 2006.

4.    Linh K. Tran is the associate general counsel for Roundup Funding, LLC

5.    I have found Linh K. Tran to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Linh K. Tran, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Linh K. Tran, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Linh K. Tran, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated this _10th_ day of September, 2008.

Westbury, New York

                                      Respectfully Submitted,

                                      Paul Mahler (PM4166)
                                      Malen & Associates, P.C.
                                      123 Frost Street
                                      Westbury, NY 11590
                                      (516) 479-5951

Subscribed and sworn to before me on this _10th_ day of September, 2008.

                                      Notary Public

                                      KELLYANN FERRARO
                                      Notary Public, State of New York
                                      No. 01FE6099005
                                      Qualified in Nassau County
                                      Commission Expires September 22, 2011

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 33885 |
| OF | ) | **CERTIFICATE OF GOOD** |
| LINH K. TRAN | ) | **STANDING** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

LINH K. TRAN

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on July 21, 2003, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 26th day of August, 2008.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court



# Supreme Court of California

**FREDERICK K. OHLRICH**
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### LINH KIET TRAN

I, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that **LINH KIET TRAN** was on the 24th day of April 2003, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his/her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court,
this 25th day of August, 2008.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _____
*Joseph Cornetta, Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Lamont B. Simmons,
Melissa R. Simmons

                                              08-CV-6263

                                Plaintiffs,

                  - against -

Roundup Funding, LLC,
Malen & Associates, P.C.                             **PROOF OF SERVICE**

                                Defendants.

-------------------------------------------------------------x

       I, the undersigned whose address appears below, certify:

That I am and at all times hereinafter mentioned was, more than 18 years of age;

That on the __11th__ day of September, 2008, I served a true and correct copy of the

    MOTION TO ADMIT COUNSEL PRO HAC VICE

    Via USPS mail, postage prepaid to the following parties:

| Shmuel B. Klein<br>Law Office of Shmuel Klein, PC<br>268 Route 59 W<br>Spring Valley, NY 10977 | |

      I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF NEW YORK THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this _11th_ day of September, 2008.

                                                      ROUNDUP FUNDING, LLC

                                                        By

                                                          Paul Mahler
                                                          123 Frost Street
                                                          Westbury, NY 11590