*Robinson, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Lamont B. Simmons,
Melissa R. Simmons

                              08-CV-6263

                Plaintiffs,

       - against -

Roundup Funding, LLC,
Malen & Associates, P.C.

                             **ORDER FOR ADMISSION**
                             **PRO HAC VICE**
               Defendants.          **ON WRITTEN MOTION**

------------------------------------------------------------x

Upon the motion of Linh K. Tran, attorney for Roundup Funding, LLC and said sponsor

attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Linh K. Tran
        Roundup Funding, LLC
        2101 Fourth Ave
        Seattle, WA 98121
        (206) 239-1989
        linh.tran@blinellc.com

is admitted to practice pro hac vice as counsel for Roundup Funding, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated this 19th day of September, 2008.        So ORDERED:

White Plains, New York

                                                        United States District/~~Magistrate~~ Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
D___ ____