✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/  Linh K. Tran

| | |
|---|---|
| Date | Signature |

Print Name                                    Bar Number

Address

City                    State                    Zip Code

Phone Number                                    Fax Number