## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LAMONT B. SIMMONS, | ) | CASE NO. 08-6263 SCR |
| MELISSA R. SIMMONS, | ) | |
| on behalf of themselves and all | ) | |
| others similarly situated, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| Roundup Funding, LLC, | ) | |
| Malen & Associates, P.C. | ) | |
| | ) | |
| Defendants. | | |

## CORPORATE OWNERSHIP STATEMENT

DECLARATION OF LINH K. TRAN,

I, Linh K. Tran, declare and state as follows:

1.  I am an attorney licensed to practice in all state and federal courts of California and Washington. The Court has permitted me to appear pro hac vice on behalf of Defendant, Roundup Funding, LLC ("Roundup") in the above entitled matter. I am the in-house associate general counsel for Roundup and its parent company, B-Line, LLC ("B-Line"), and I am familiar with the matters herein stated by virtue of my review of and familiarity with Roundup's business and records generally, and those pertaining particularly to this matter.

2.  This Statement of Corporate Ownership is provided pursuant to the requirements of Federal Rules of Civil Procedure. Roundup is wholly owned by B-Line.

3.  Any further changes that would require notification to the Court will promptly be provided by an Amended Statement of Corporate Ownership.

DATED September 23rd 2008.          Appearing Pro Hac Vice:


_____/s/ Linh K. Tran _____
Attorney for Roundup Funding, LLC
Linh K. Tran, CASBN #224662
2101 Fourth Avenue, Suite 900
Seattle, WA  98121
Telephone:  1-800-592-3484
Facsimile:  206-239-1958