## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMONT B. SIMMONS,<br>MELISSA R. SIMMONS,<br>on behalf of themselves and all<br>others similarly situated,<br>Plaintiffs,<br><br>VS.<br><br>Roundup Funding, LLC,<br>Malen & Associates, P.C.<br><br>Defendants. | )  CASE NO. 08-6263 SCR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, Linh K. Tran , declare as follows:

That of September 24th , 2008, I sent by first class mail, postage prepaid, a true and correct copy of

      (1)  APPEARANCE

      (2)  CORPORATE OWNERSHIP STATEMENT

      (3)  ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS AGAINST PLAINTIFFS

      (4)  MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO REMOVE CASE TO BANKRUPTCY COURT AND REQUEST FOR ATTORNEY'S FEES

      (5)  MEMORANDUM IN SUPPORT OF MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO REMOVE CASE TO BANKRUPTCY COURT AND REQUEST FOR ATTORNEY'S FEES

      (6)  DEFENDANT'S NOTICE OF MOTION TO DISMISS OR IN THE ALTERNATIVE REMOVE CASE TO BANKRUPTCY COURT AND REUQEST FOR ATTORNEY'S FEES

      (7)  AFFIRMATION IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO REMOVE CASE TO BANKRUPTCY COURT AND REQUEST FOR ATTORNEY'S FEES

To :    Plaintiffs' Attorney
        Shmuel Klein, Esq.,
        268 Route 59, Spring Valley, NY 10977

        Paul W. Mahler
        Malen & Associates, P.C.
        123 Frost Street, Suite 203
        Westbury, NY 11590

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE
OF NEW YORK AND WASHINGTON THAT THE FOREGOING IS TRUE AND
CORRECT.

DATED: September 24, 2008.

                        _____/s/ Linh K. Tran_____
                        Linh K. Tran, CASBN #224662
                        2101 Fourth Avenue, Suite 900
                        Seattle, WA  98121