IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMONT B. SIMMONS,<br>MELISSA R. SIMMONS,<br>on behalf of themselves and all<br>others similarly situated,<br>           Plaintiffs,<br><br>     vs.<br><br>Roundup Funding, LLC,<br>Malen & Associates, p.c.<br><br>           Defendants. | CASE NO. 08-6263 SCR |

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2008, a copy of Defendant's Reply Memorandum of Law in Support of Defendant's Motion to Dismiss for Failure to State a Claim was served via US Postal Service in a pre-paid envelope addressed to Linh K. Tran, Esq. 2101 Fourth Ave, Suite 900, Seattle, WA 98121.

  /s/Paul W. Mahler
(pm4186)
Malen & Associates, p.c.
123 Frost St.
Westbury, NY 11590