UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390-4177

**Chambers of**
**Hon. Stephen C. Robinson**
**United States District Judge**                    Date:  November 3, 2008

### RESCHEDULING NOTICE

Case#  08 cv 6263

The matter of <u>Lamont R. Simmons, et al. v. Roundup Funding, LLC, et al.</u> has been re-scheduled for a conference before the Hon. Stephen C. Robinson, United States District Judge, from <u>November 14, 2008</u>, to <u>January 29, 2009</u> at <u>4:00pm</u> in Courtroom 621, 6th Floor.

Honorable Stephen C. Robinson
United States District Judge

