# MALEN & ASSOCIATES, P.C.
### ATTORNEYS AT LAW

123 FROST STREET · WESTBURY, NY · 11590
516/334-3500 · FAX 516/479-5999

PAUL W. MAHLER
SUPERVISING ATTORNEY
DIRECT: 516/479-5951

*MEMO ENDORSED*

January 8, 2009

Honorable Stephen C. Robinson
United States District Court
for the Southern District of New York
300 Quarropas Street, Room 633
White Plains, NY 10601

Re:     Simmons v. Malen & Associates, p.c., et. al.
Case No.:  08-6263

Dear Judge Robinson:

    I am the attorney for the Defendant, Malen & Associates, p.c.. I am writing, with the consent of all parties to respectfully request an adjournment of the conference currently scheduled for January 29, 2009 at 4:00pm. A conference was originally scheduled for November 14, 2008 but was adjourned by the Court. As each of the Defendants have filed a motion to dismiss the complaint, it is respectfully requested that the conference be adjourned pending the outcome of Defendants' motions.

    If there is any further information that you may require, please do not hesitate to contact me at your earliest convenience.

Very truly yours,
Malen & Associates, p.c.

By: _____
    Paul W. Mahler

Cc: Shmuel Klein, Esq.
    Linh K. Tran, Esq.

APPLICATION GRANTED
*Stephen C. Robinson*
HON. STEPHEN C. ROBINSON
1/9/09



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: