**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
------------------------------------X
Simmons


                                     NOTICE OF REASSIGNMENT

           -V-
                                     1:08 CV 6263 (RWS)(GWG)



Round Funding
------------------------------------X
```

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

          JUDGE: Robert W. Sweet

All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

                                         J. Michael McMahon, CLERK
Dated: 6/5/09

                                          Fiona Ciappetta
                             by:_____
                                          Deputy Clerk



CC:   Attorneys of Record

Case Redesignated to USMJ: Gabriel W. Gorenstein


i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

Rev. 9/09/04