**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------x
LAMONT B. SIMMONS
MELISSA R. SIMMONS et al
                            Plaintiffs,
vs.                                                  **Case No. 08-6263-SCR**

ROUNDUP FUNDING, LLC
MALEN & ASSOCIATES, P.C.
                            Defendants.
----------------------------------------x

**PLEASE TAKE NOTICE** that Plaintiff, LAMONT B. SIMMONS and MELISSA R.

SIMMONS, by and through his undersigned counsel, Joshua N. Bleichman, pursuant to

Federal Rules of Civil Procedure 59(e) hereby makes application to this Court for

Reconsideration of its Order dated September 22, 2009 based upon the Affirmation of

Joshua N. Bleichman and the Memorandum of Law filed herewith as soon as counsel

may be heard.

Dated: September 30, 2009
Spring Valley, New York            ___/s/___Joshua N. Bleichman_____
                                     Joshua N. Bleichman
                                     Attorney for Plaintiffs
                                     268 ROUTE 59
                                     Spring Valley, NY   10977
                                     (845) 425-2510