CERTIFICATE OF SERVICE

    I, Joshua N. Bleichman, an attorney admitted to practice in this court affirm under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I am associated with the Law Office of Joshua N. Bleichman, PC located at 268 Route 59, Spring Valley, New York, 10977 and I served the within Motion to Reconsider on September 30, 2009, by depositing a true copy thereof in an post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, to:

Paul W. Mahler
Malen & Associates, PC
123 Frost Street, Suite 203
Westbury, New York 11590

                                                      ___/s/__Joshua N. Bleichman_____
                                                      Joshua N. Bleichman