IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMONT B. SIMMONS,<br>MELISSA R. SIMMONS,<br>on behalf of themselves and all<br>others similarly situated,<br>              Plaintiffs,<br><br>vs.<br><br>Roundup Funding, LLC,<br>Malen & Associates, p.c.<br>              Defendants. | CASE NO. 08-6263 SCR |

## DEFENDANT, MALEN & ASSOCIATES, P.C.'S OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION

PLEASE TAKE NOTICE that Defendant, Malen & Associates, p.c., by and through the undersigned counsel, hereby opposes Plaintiffs' Motion for Reconsideration for the reasons more fully set forth in the accompanying memorandum in support hereof, attached hereto and incorporated herein by reference as though fully rewritten.

Respectfully Submitted,

/s/ Paul W. Mahler
Paul W. Mahler (pm-4186)
Malen & Associates, p.c.
123 Frost Street, Suite 203
Westbury, NY 11590
(516) 479-5951
Attorneys for Defendant
Malen & Associates, p.c.