IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMONT B. SIMMONS, <br> MELISSA R. SIMMONS, <br> on behalf of themselves and all <br> others similarly situated, <br> Plaintiffs, <br><br> VS. <br><br> Roundup Funding, LLC, <br> Malen & Associates, P.C. <br><br> Defendants. | ) CASE NO. 08-6263 SCR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT, ROUNDUP FUNDING, LLC OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

PLEASE TAKE NOTICE that Defendant, Roundup Funding, LLC, ("Roundup") by and through the undersigned counsel, hereby opposes Plaintiffs' Motion for Reconsideration based upon the reasons stated in the accompanying memorandum in support of the opposition and also based upon the reasons stated in Defendant Malen & Associates, P.C.'s memorandum in support of the opposition to the motion for reconsideration, as incorporated by reference.

Respectfully Submitted:    Appearing Pro Hac Vice:

_____/s/ Linh K. Tran_____
Attorney for Roundup Funding, LLC
Linh K. Tran, CASBN #224662
2101 Fourth Avenue, Suite 900
Seattle, WA 98121
Telephone: 1-800-592-3484
Facsimile: 206-239-1958

1