IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMONT B. SIMMONS, <br> MELISSA R. SIMMONS, <br> on behalf of themselves and all <br> others similarly situated, <br>               Plaintiffs, <br><br> vs. <br><br> Roundup Funding, LLC, <br> Malen & Associates, p.c. <br>               Defendants. | CASE NO. 08-6263 SCR |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2009, a copy of the Affidavit of Paul W. Mahler, Dated 11/9/09 was served by depositing same with US Postal Service in a pre-paid envelope addressed to Joshua N. Bleichman, Esq. 50 Commerce Street, Spring Valley, NY 10977 and Linh K Tran, Roundup Funding, LLC, 2101 Fourth Ave., Seattle, WA 98121.

                                              /s/Paul W. Mahler
                                              Paul W. Mahler (pm4186)